Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−12172−JKS
    Chapter: 7
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jinson J. Lasluisas Sr.
   615−617 Montgomery Street
   Elizabeth, NJ 07202

Social Security No.:
   xxx−xx−6248

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/29/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 29, 2017
JAN: rh

    Jeanne Naughton
    Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 17-12172-JKS
Jinson J. Lasluisas, Sr.                                                Chapter 7
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 1                  Date Rcvd: Mar 29, 2017
                               Form ID: 148                Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db             +Jinson J. Lasluisas, Sr.,    615-617 Montgomery Street,    Elizabeth, NJ 07202-3610
516628187       BLB Trading LLC,    2100 Ponce de Leon Blvd 720,    Coral Gables FL 33134-5207
516628188      +Superior Court of New Jersey,    2 Broad St,    Elizabeth NJ 07201-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2017 23:13:42      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2017 23:13:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516677699      +EDI: RMSC.COM Mar 29 2017 22:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              Brian C. Nicholas     on behalf of Creditor    BLB Trading, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com, dvb@trustesolutions.net;pbellina@outlook.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```